# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0057.  SAMUEL FRANK COOPER v. AMANDA KAY COOPER.**

In this divorce case, on July 12, 2017, the trial court issued an order finding the husband Samuel Frank Cooper in contempt of a prior order.  On August 14, 2017, the husband filed this application for discretionary review.  The wife, Amanda Kay Cooper, has filed a motion to dismiss the application.

The husband's application is untimely.  To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 33 days after entry of the order the husband seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, the wife's motion to dismiss is hereby GRANTED, and the husband's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/24/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*